01
02
03
04
05

06 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
07 AT SEATTLE

08 AMANDA R. GORE,                              )
                                               ) CASE NO. C12-0518-JLR-MAT
09      Plaintiff,                             )
                                               )
10      v.                                     )
                                               ) REPORT AND RECOMMENDATION
11 MICHAEL ASTRUE,                             )
   Commissioner of Social Security,            )
12                                             )
        Defendant.                             )
13 _____ )

14      Plaintiff brought this action to seek judicial review of the denial of his applications for

15 Disability Insurance Benefits (DIB) by the Commissioner of the Social Security

16 Administration. The parties have now stipulated that this case should be reversed and

17 remanded pursuant to sentence four of 42 U.S.C. § 405(g). (Dkt. 24.)

18      Based on the stipulation of the parties, the Court recommends that this case be

19 REVERSED and REMANDED for further administrative proceedings. The parties have

20 stipulated that, on remand, the Administrative Law Judge (ALJ) will: (1) further develop the

21 record and conduct a de novo hearing, at which further evidence will be obtained as to the

22 effects of plaintiff's limitations; and (2) re-evaluate the opinions of Dr. Schimmel, the

REPORT AND RECOMMENDATION
PAGE -1

01 plaintiff's credibility, and the testimony of plaintiff's mother. Additionally, upon proper
02 application, the Court will consider plaintiff's application for attorney fees and expenses
03 pursuant to 28 U.S.C. § 2412, et seq.
04     Given the above, the Court recommends that United States District Judge James L.
05 Robart immediately approve this Report and Recommendation and order the case REVERSED
06 and REMANDED for further administrative proceedings. A proposed order accompanies this
07 Report and Recommendation.
08     DATED this 28th day of August, 2012.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2