UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMANDA R. GORE,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

CASE NO. C12-0518-JLR

ORDER OF REMAND

The parties filed a stipulated motion to reverse and remand this case for further administrative proceedings. (Dkt. 24.) It is therefore ORDERED:

(1)     The Court adopts the Report and Recommendation;

(2)     The Court REVERSES and REMANDS this matter for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g); and

(3)     The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 29th day of August, 2012.

JAMES L. ROBART
United States District Judge

ORDER OF REMAND
PAGE -1

12-CV-00518-ORD